BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  FANTASY SPORTS MARKETING
AND SALES PRACTICES LITIGATION.                    MDL Docket No. 2679
_____

**NOTICE OF WITHDRAWAL OF INCORRECTLY FILED MOTION FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF FLORIDA OR ALTERNATIVELY THE SOUTHERN DISTRICT OF NEW YORK AND FOR COORDINATION OR CONSOLIDATION OF ALL PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407 [D.E. #9]**

Plaintiffs' hereby give notice of withdrawal of the incorrectly filed Motion for Transfer of Actions to the Southern District of Florida or Alternatively the Southern District of New York and for Coordination or Consolidation of all Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 [D.E. #9]. The aforementioned motion should have been filed as a Response. The Response will be filed immediately by undersigned counsel in this docket.

**Dated**: November 4, 2015.

Respectfully submitted,

By: /s Ervin A. Gonzalez
Ervin A. Gonzalez
Ervin@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
Telephone: 305.476.7400
Facsimile: 305.476.7444
*Attorney for Plaintiffs Gomez/Garcia*

-AND-

CHRISTOS LAGOS, Esq.
Florida Bar No. 149690
Lagos@attainjustice.com

JOHN PRIOVOLOS, Esq.
Florida Bar No. 690112
john@priolaw.com
LAGOS & PRIOVOLOS PLLC
66 West Flagler Street
Suite 1000
Miami, FL 33130
Tel: (305) 960-1990
Fax: (305) 891-2610
*Counsel for Plaintiffs*
